# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEJON EDWARDS, an individual, | ) **CASE NO.: 5:15-CV-02244 JGB (DTBx)** |
| Plaintiff, | ) |
| vs. | ) **ORDER ON STIPULATION AND REQUEST FOR DISMISSAL WITH PREJUDICE** |
| DEPUTY ERIC BREWER, an individual, and DOES 1 through 10, inclusive, | ) |
| Defendants. | ) |

Pursuant to the Stipulation between Plaintiff DEJON EDWARDS and Defendant DEPUTY ERIC BREWER, the Court **ORDERS** as follows:

The above-captioned action is hereby dismissed in its entirety with prejudice as to Defendant DEPUTY ERIC BREWER and any and all other Defendants pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

All parties are to bear their own costs and fees.

**IT IS SO ORDERED.**

DATED: May 4, 2017

HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE